GEORGE W. CRANE, RESPONDENT, v. DANIEL REUTSCHLER, APPELLANT.

Submitted July 10, 1916—Decided November 20, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 560.

For the respondent, *Abraham Levitan.*

For the appellant, *Harry T. Davimos.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   12.

*For reversal*—None.